IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff-Respondent, | § | |
| | § | |
| v. | § | Cr. No. C-01-249 (1) |
| | § | C.A. No. C-05-181 |
| JESUS BENITEZ-TORRES | § | |
| | § | |
| Defendant-Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant Jesus Benitez-Torres' motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

ORDERED this 13th day of February, 2006.

_____
Janis Graham Jack
United States District Judge